Dismissed and Memorandum Opinion filed April 6, 2006









Dismissed and Memorandum Opinion filed April 6, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00256-CR

____________

 

LEO PUENTE ESPINOZA,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
182nd District Court

Harris County, Texas

Trial Court Cause No. 907,939

 



 

M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the
offense of aggravated assauualt  and
sentenced to confinement for eight years in the Institutional Division of the
Texas Department of Criminal Justice on October 21, 2005. No timely motion for
new trial was filed.  Appellant=s notice of appeal was not filed
until March 17, 2006.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Furthermore, appellant entered a guilty plea and was
sentenced in accordance with the terms of a plea bargain agreement with the
State.  Appellant filed a pro se notice
of appeal.  

The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 6, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).